1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

FILED

NOV 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00403 AWI |
| Plaintiff, ) | |
| v. ) | ORDER |
| MARIA BARRIGA ROCHA, ) | |
| Defendant. ) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: November 17, 2008

SANDRA M. SNYDER
U.S. Magistrate Judge

1