

FILED
DEC 0 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CR-403 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MARIA BARRIGA ROCHA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on December 8, 2008, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Dec 8, 2008

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1